UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. NEWMAN,                          | 1:04-cv-06033-OWW-SMS-P |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 24) |
| vs. | **ORDER DISMISSING ACTION** |
| LAWSON, et al., | |
|       Defendants. | |

    Plaintiff, Carl L. Newman ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On April 19, 2006, the Magistrate Judge filed Findings and Recommendations for Plaintiff's failure to comply with a Court order and submit an Amended Complaint curing deficiencies outlined by the Court in a previous order.  These Findings and Recommendations were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 19, 2006, are ADOPTED IN FULL; and,

2. This action is DISMISSED based on plaintiff's failure to obey the court's order of March 10, 2006, pursuant to Local Rule 11-110 and failure to state a claim on which relief can be granted.

IT IS SO ORDERED.

**Dated:   June 1, 2006**                         **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE